IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BENEDICT ZUCCARELL,**

    **Plaintiff,**

**vs.**                                        **1:08CV162-MMP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**
_____/

## O R D E R

Presently before the Court is Defendant's Motion to Extend Time to file the responsive memorandum directed by the Court's previous Order (doc. 12) dated October 7, 2008. (Doc. 17). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **January 15, 2009.**

**DONE AND ORDERED** this  _15th_  day of December, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**