IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BENEDICT A ZUCCARELL,

    Plaintiff,

v.                                                  CASE NO. 1:08-cv-00162-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The Plaintiff filed objections, Doc. 26, which the Court has reviewed.

Plaintiff, who injured his neck in a diving accident that left him temporarily paralyzed, sought disability benefits claiming neck pain, left arm pain, arthritis in his left knee, epilepsy, and asthma (Tr. 83). The Administrative Law Judge denied the claims, and Plaintiff filed the instant action. In his objections, Plaintiff raises three arguments. First, he claims that the Commissioner failed to articulate any reasons why he was not crediting Dr. Chodosh's consultative opinion. The Court agrees with the Magistrate Judge that the Administrative Law Judge accepted rather than rejected Dr. Chodosh's opinion, and that the doctor's opinion was consistent with the Administrative Law Judge's findings. While Dr. Chodosh noted left upper extremity weakness, he found no atrophy and only slightly decreased motor function. Plaintiff was able to screw on a small bottle cap and write. A more specific assessment was hampered by "poor effort." The other two doctors' assessments agreed. Dr. McMillan ordered EMG studies

which found only subtle nerve changes and normal motor function. Dr. Murphy noted the weakness as well, but did not conduct objective tests to document the degree of weakness. Even Plaintiff himself stated at the hearing that he could do small things, it was lifting heavier objects with his left hand that caused him trouble. Thus, the opinions of the doctors comported with the Administrative Law Judge's ultimate finding in the case.

    Next, Plaintiff argues that the Administrative Law Judge failed to make findings regarding how many hours the Plaintiff would have to lay down per day and how well the Plaintiff could manipulate objects. The Administrative Law Judge did make such findings, however. The Administrative Law Judge simply rejected Plaintiff's assertion that he would need to lay down for three to four hours per day as not supported by the medical records in the case. Also, as stated above, the Administrative Law Judge expressly made findings about Plaintiff's manual dexterity, which the Plaintiff himself agreed with, stating that he could do small things and that lifting heavy objects was the problem.

    Finally, the Plaintiff argues that the Administrative Law Judge did not properly consider the fact that Plaintiff had a syrinx (A fluid-filled cavity within the spinal cord (syringomyelia) or brain stem (syringobulbia)) and that Plaintiff needed to self-catheterize himself due to a urinary problem in which his bladder does not empty properly due to his neurological condition. The Court agrees with the Magistrate Judge that although Plaintiff discussed having to self-catheterize, he stated that he spent 10 to 15 minutes twice a day doing this procedure, but did not claim that it is disabling. Further, the Court agrees with the Magistrate Judge that the Administrative Law Judge considered all of the impairments caused by the syrinx. Even though the ALJ may not have assessed the condition as syringohydromyelia, he did consider the functional limitations of pain and weakness, whatever the cause, and the effect they had on his

ability to work.

Accordingly, after conducting a de novo review of this case, the Court concludes that the decision of the Commissioner, denying benefits, should be affirmed. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *15th*   day of March, 2010

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge